The relief described hereinbelow is SO ORDERED

Done this 26th day of May, 2015.

*Dwight A. Williams, Jr.*

**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**



_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | } | CASE NO: | 10-31840-DHW |
| GREGORY OVERSTREET | } | CHAPTER: | 13 |
| SSN xxx-xx-2750 | | | |
| BEVERLY OVERSTREET | | | |
| SSN xxx-xx-8045 | | | |
| Debtor(s) | } | | |
| | } | | |

**AGREED ORDER ON DEBTORS' OBJECTION TO CLAIM 11**
**OF FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE") CREDITOR C/O SETERUS**

This matter coming before the Court on Debtors' Objection to Claim 11 and this Court being informed of the agreement of the parties hereto, it is therefore **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Debtors' objection is sustained.
2. Claim 11 of Federal National Mortgage Association ("Fannie Mae") Creditor c/o Seterus shall be reduced to the amount already disbursed by the Chapter 13 Trustee.
3. Upon entry of the Debtors' discharge order the mortgage shall be deemed paid in full satisfaction of the debt and the lien released to the Debtors.

###END OF ORDER###

This document was prepared by:
Enslen Crowe
Sirote & Permutt, P.C.
P.O. Box 55887
Birmingham, Alabama 35255-5887
Telephone: (205) 918-5013

This order was approved by Debtor's attorney and Curtis C. Reding, Trustee.